■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DUNBAR, Appellant. [710 NYS2d 563] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Siragusa, J.— Attempted Assault, 2nd Degree.) Present—Green, J. P., Pine, Wisner, Scudder and Kehoe, JJ. (Filed Apr. 24, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD FLOWERS, Respondent, v GARY FILION, as Superintendent of Marcy Correctional Facility, Appellant. [708 NYS2d 651] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Oneida County, Shaheen, J.—Habeas Corpus.) Present—Green, J. P., Pine, Wisner, Scudder and Kehoe, JJ. (Filed Apr. 24, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS M. FOUSSE, Appellant. [708 NYS2d 651] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.— Criminal Possession Weapon, 4th Degree.) Present—Green, J. P., Pine, Wisner, Scudder and Kehoe, JJ. (Filed Apr. 24, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHAD MARKS, Appellant, v ANDREW MELONI, as Sheriff of Monroe County, et al., Respondents. [710 NYS2d 562] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Polito, J.—Habeas Corpus.) Present—Green, J. P., Pine, Hurlbutt, Balio and Lawton, JJ. (Filed Apr. 24, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH A. McCULLUM, Appellant. [708 NYS2d 650] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Steuben County Court, Furfure, J.— Robbery, 1st Degree.) Present—Green, J. P., Pine, Hayes, Balio and Lawton, JJ. (Filed Apr. 12, 2000.)